IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| WAYNE KRZYSIAK, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:16-CV-00443-WHR<br>) |
| NAVISTAR INTERNATIONAL CORPORATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

The Court, upon Defendants' Unopposed Motion for Leave to File Documents under Seal, and for good cause shown, finds the motion to be well-taken.

The Court finds that the documents proposed to be filed under seal disclose Plaintiffs' confidential business information and that public disclosure of that information would be harmful to their business and would defeat the purpose of the Stipulated Protective Order in this case.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants shall be granted leave to file to file (1) under seal an unredacted version of their Opposition brief, an unredacted version of the Goodchild Declaration (Ex. A to their Opposition), and Exhibit 7 to the Goodchild Declaration; and (2) public versions of the Opposition and the Goodchild Declaration redacted only to the extent they disclose the contents of Exhibit 7.

Signed this 12th day of December, 2018.

_____
HONORABLE WALTER H. RICE

*s/ David P. Pierce*
David P. Pierce (0061972)
COOLIDGE WALL CO., L.P.A.
33 W. First Street, Suite 600
Dayton, OH 45402
Phone: 937-223-8177
Fax: 937-223-6705
E-mail: pierce@coollaw.com

*TRIAL ATTORNEY FOR DEFENDANTS NAVISTAR INTERNATIONAL CORPORATION, et al.*

OF COUNSEL:
Deborah S. Davidson (admitted *pro hac vice*)
Kevin F. Gaffney (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL 60601
312.324.1000 (phone)
312.324.1001 (fax)
deborah.davidson@morganlewis.com
kevin.gaffney@morganlewis.com

John C. Goodchild III (*admitted pro hac vice*)
Adria M. Lamba (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963- 5000 (phone)
215.963.5001 (fax)
john.goodchild@morganlewis.com
adria.lamba@morganlewis.com

Christopher A. Weals (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.3000 (phone)
202.739.3001 (fax)
christopher.weals@morganlewis.com

w:\wdox\client\009025\00385\00988697.docx