IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WAYNE KRZYSIAK, et al.,

    Plaintiffs,

vs.

NAVISTAR INTERNATIONAL CORPORATION, et al.,

    Defendants.

:
: Case No. 3:16cv443
: JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY DECLARING CAPTIONED CAUSE TO STILL NOT BE AT ISSUE AND, THEREFORE, NOT INCLUDABLE ON SEPTEMBER 30, 2019, BIDEN LIST AS "OVER-AGED BENCH TRIAL."

---

On March 29, 2019, this Court filed the attached Entry, setting forth the Court's conclusion that the captioned cause was not at issue and, therefore, not includable on the March 31, 2019, Biden list as "over-aged bench trial," and setting forth the reasons for said conclusion.

Since the date of the prior filing, much discovery has taken place, although no dispositive motion for summary judgment was deemed necessary by counsel. Trial on the captioned cause, on the limited issue of the statute of limitations, is set to begin on Monday, October 7, 2019. Only if the Plaintiffs succeed on the statute of limitations issue, will trial upon the merits of the litigation take place.

Accordingly, the captioned cause is still not at issue and will not be until such time as this Court has resolved, at the very least, the issue of the statute of limitations. A date that will arrive shortly after the first of the New Year.

Thus, the captioned cause is not at issue and, therefore, not to be included on the upcoming Biden List as a bench trial under advisement for a six-month period of time.

September 23, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WAYNE KRZYSIAK, et al. | : | CASE NO. 3:16CV443 |
| Plaintiffs, | : | |
| v. | : | JUDGE WALTER H. RICE |
| NAVISTAR INTERNATIONAL CORPORATION, et al. | : | |
| Defendants. | : | |

---

DECISION AND ENTRY DECLARING CAPTIONED CAUSE TO BE NOT AT ISSUE AND, THEREFORE, NOT INCLUDABLE ON MARCH 31, 2019, BIDEN LIST AS "OVER-AGED BENCH TRIAL"

---

On September 25 and 26th, 2018, a trial was held on the bifurcated statute of limitations issue. At its conclusion, the Court postponed post-trial briefing in order to allow Plaintiffs to file a motion to strike certain testimony that Plaintiffs allege was not disclosed by Defendants in discovery responses prior to trial. In lieu of filing such, Plaintiffs have, instead, filed a Motion for Sanctions against Defendants. Doc. No. 50.

Following briefing and oral argument thereon, this Court, on March 26, 2019, filed a Decision and Entry sustaining said Motion and, in doing so, re-opened discovery until May 28, 2019, and set a telephone conference call for May 31, 2019, to determine a date for the filing of a renewed motion for summary judgment, on the statute of limitations issues, and/or a trial date to supplement the testimony introduced at the September trial, or both.

Accordingly, the statute of limitations issue, the subject of the September trial, has not been decided, nor even briefed, and will not be so until previous discovery has been

supplemented by the additional discovery recently ordered by the Court. In short, a renewed motion for summary judgment and/or the re-opening of the September hearing may be required. In addition, the merits of Plaintiffs' lawsuit have not been heard at trial and/or briefed. Thus, the captioned cause is not at issue and is, therefore, not to be included on the upcoming Biden List as a bench trial under advisement for a six-month period of time.

**IT IS SO ORDERED.**

March 28, 2019

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT